**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**TIMOTHY TENSLEY,**                                                                                   **PETITIONER**
Reg. # 10203-003

VS.                        CASE NO. 2:10CV00014 BD

**T.C. OUTLAW, Warden,**
**Federal Correctional Complex,**
**Forrest City, Arkansas**                                                                            **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this 28 U.S.C. § 2241 petition for writ of habeas corpus, with prejudice.

IT IS SO ORDERED this 13th day of July, 2010.

_____
UNITED STATES MAGISTRATE JUDGE